**Frederick M. Millard**, (OSB #98295)
fmillard@millardlaw.com
**Douglas M. Bragg**, (OSB #01211)
dbragg@millardlaw.com
Millard & Bragg, Attorneys at Law, P.C.
419 5th Street
Oregon City, OR 97045
Tel: (503) 305-7806
Fax: (503) 924-4124

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHABAD-LUBAVITCH OF OREGON, dba MAIMONIDES JEWISH DAY SCHOOL, a domestic non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NONPROFIT INSURANCE COMPANY, a Delaware Corporation<br><br>Defendant. | Civil No.: 3:22-CV-01393-HZ<br><br>**NOTICE OF UNAVAILABILITY** |

  PLEASE TAKE NOTICE that Douglas Bragg, of Millard & Bragg, counsel for Plaintiff CHABAD-LUBAVITCH OF OREGON, will be unavailable from October 31, 2022-November 11, 2022 and December 23-January 2, 2023.

///

///

///

It is hereby requested that counsel not file or serve motions, pleadings or discovery during this time period and that a minimum of one week after the dates of return be allowed to respond, reply, or attend any court appearance in the above-noted period of absence.

Dated this 27th day of October, 2022.

*/s/ Douglas Bragg*
Douglas Bragg, OSB 012113
E-mail: dbragg@millardlaw.com
Fred Millard, OSB 982959
E-mail: fmillard@millardlaw.com
*Attorneys for Plaintiff Chabad-Lubavitch of Oregon*

**CERTIFICATE OF SERVICE**

    I hereby certify that I served the foregoing **NOTICE OF UNAVAILABILITY**, on the following parties:

    Gregory L. Baird, OSB No. 922212
    Gordon & Polscer, L.L.C.
    9020 SW Washington Sq Rd Ste 560
    Tigard OR  97223
    Facsimile:  503 242-1264
    Email:  gbaird@gordon-polscer.com
    *Of Attorney for Defendant First Nonprofit Insurance Company*

by the following indicated method(s):

[[X]    via the Court's electronic filing system.

[X]    E-Mail

    Dated this   27th   day of October 2022

MILLARD & BRAGG, ATTORNEYS AT LAW, P.C.

/s/ Douglas M. Bragg
Fred Millard, OSB No. 98295
E-mail: millard@millardlaw.com
Douglas M. Bragg, OSB No. 01211
E-mail: dbragg@millardlaw.com
*Attorneys for Plaintiff*